IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EARL MAYFIELD,

    Plaintiff,

v.                                                    Civ. No. 20-0952 KG-LF

LT. JACKSON, and
C.O. CLOUD,

    Defendants.

## ORDER GRANTING EXTENSION

This matter is before the Court on Plaintiff's *pro se* Motion for Extension of Time. (Doc. 7). The Court previously directed him to file an amended complaint by August 16, 2021. (Doc. 6). Plaintiff seeks a 90-day extension so that he can meet deadlines in various other cases. The Court will permit him to file an amended complaint within 90 days of the original Memorandum and Order. Hence, the new amendment deadline is October 16, 2021.

IT IS ORDERED:

1. The Motion for Extension of Time (Doc. 7) is granted, in part.

2. The deadline to file an amended civil rights complaint is extended through October 16, 2021.

_____
UNITED STATES DISTRICT JUDGE