IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EARL MAYFIELD,

    Plaintiff,

v.                                                    Civ. No. 20-0952 KG-LF

LT. JACKSON, and
C.O. CLOUD,

    Defendants.

## ORDER GRANTING SECOND EXTENSION

This matter is before the Court on Plaintiff's *pro se* Second Motion for Extension of Time. (Doc. 9). The Court initially directed him to file an amended civil rights complaint by August 16, 2021. (Doc. 6). That deadline was extended, at Plaintiff's request, to October 16, 2021. Plaintiff now seeks an additional 45-day extension based on limited library access and a death in the family. The Court finds good cause to extend the amendment deadline through November 29, 2021. The Court may decline to grant further extensions, absent extraordinary circumstances.

    IT IS ORDERED:

    1. The Second Motion for Extension of Time (Doc. 9) is granted.

    2. Plaintiff must file his amended civil rights complaint by November 29, 2021.

_____
UNITED STATES DISTRICT JUDGE